FILED ☒ LODGED ☐
RECEIVED ☐ COPY ☐

OCT 0 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Dana L. Schildt,<br><br>　　　　Defendant. | CR-06-50029-01-PHX-ROS<br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 7, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 8th day of October, 2009.

Lawrence O. Anderson
United States Magistrate Judge